United States Courts
Southern District of Texas
FILED
*November 02, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CRIMINAL NO. **4:22cr554** |
| | § § § | |
| PATRICK GORENA | § | |

## INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At all times material to this Indictment:

1. Defendant Patrick GORENA is a Border Investigator for the Federal Motor Carrier Safety Administration (FMCSA) of the United States Department of Transportation, in Weslaco, Texas, within the Southern District of Texas.

2. FMCSA was established within the United States Department of Transportation (US DOT) primarily to prevent commercial motor vehicle-related fatalities and injuries. As part of this mission, the FMCSA employs Border Investigators to review the books and records of companies that operate with a US DOT number. Civil penalties may be assessed against companies that are not in compliance with Federal Motor Carrier Safety Regulations.

3. Company A operated with a US DOT number and was subject to review by FMCSA.

4. Individual A was an employee of Company A.

5. Individual B was an undercover law enforcement agent, represented to GORENA as an agent of Company A.

**Specific Allegations**

6. On or about July 20, 2022, GORENA arrived at Company A's office to perform a safety audit of the company's records. At the conclusion of his review, GORENA told Individual A that Company A was facing $15,000 in fines for the violations he identified and that its operations may be suspended. GORENA told Individual A that he could prepare a more favorable report and Company A could avoid fines and would be able to continue to operate if he was paid $3,500 in cash.

7. On or about July 22, 2022, Individual A texted GORENA, "I was able to speak with [owner of Company A] and he agreed in paying you the $3500 you requested for a positive audit review."

8. On or about July 22, 2022, GORENA texted Individual A, "I'm going to cite the violation I found but, with none of them being critical. So that outcome will not be rated. . . Anyway, I'll be in Houston Monday afternoon until Wednesday evening. If [Owner of Company A] wants to make this happen like you say then we'll figure it out. I'll do my part and keep my word. I need you to do the same please. Don't mention anything to anyone and don't ever mention me for whatever reason."

9. On or about July 22, 2022, GORENA texted Individual A, "Oh and there won't be a possibility of shut down either way. The only thing avoided here are the fines and rating which could be very high. That in itself is a huge help to the carrier. An unsatisfactory rating would trigger what happened in the past [when operations were suspended]. That's not gunna happen here."

10. On or about July 25, 2022, GORENA texted Individual A, "What's the plan?" Later the same day, GORENA texted Individual A, "Well let me know what up cause I'm supposed to upload this report by tomorrow night."

11. On or about July 26, 2020, at the direction of law enforcement, Individual A texted

GORENA, that the owner of Company A is "in the process of getting the 3500 for you." GORENA responded "Ok but, how?" The same day, GORENA texted, "We'll find out if he can have it In McAllen by Friday at noon. It's only an hour or so from Monterrey [Mexico]. I can push it back til then. And about an hour from me." He also wrote "Quit putting the numbers!" and "It's like you are trying to get me in trouble."

12. On J or about uly 26, 2022, GORENA texted "And Friday is the last day. I can't sit any longer. Boss is asking me about it already." At the direction of law enforcement, Individual A texted GORENA "Turn it in with the favorable outcome." GORENA responded by text, "Yes that's the plan. There gonna be some stuff on there but, not anything major. Just smoke clouds. Lol."

13. On or about July 28, 2022, Individual A directed GORENA to speak with an associate of Company A, Individual B, about delivering the money. GORENA and Individual B agreed to meet in McAllen, Texas, on July 30, 2022.

14. On or about July 30, 2022, GORENA and Individual B met in McAllen, Texas. At GORENA's direction, Individual B put $2,000 in cash in the door of GORENA's vehicle.

15. On or about August 10, 2022, submitted a report for Company A with a "Satisfactory" rating.

## COUNT 1:
## Bribery – 18 U.S.C. § 201(b)(2)

16. Paragraphs 1 through 15 of this Indictment are re-alleged as if fully set forth herein.

17. From at least on or about July 20, 2022, until on or about August 12, 2022, in the Southern District of Texas and elsewhere, the defendant,

**PATRICK GORENA,**

a Border Investigator for the Federal Motor Carrier Safety Administration of the United States Department of Transportation, did directly and indirectly, corruptly demand, seek, receive, accept,

3

and agree to receive and accept anything of value personally from Company A through Individuals A and B, in return for being influenced in the performance of an official act.

All in violation of Title 18, United States Code, Section 201(b)(2).

### COUNT 2:
### Hobbs Act Extortion – 18 U.S.C. § 1951

18. Paragraphs 1 through 15 of this Indictment are re-alleged as if fully set forth herein.

19. From at least on or about July 20, 2022, Until on or about August 12, 2022, in the Southern District of Texas and elsewhere, the defendant,

**PATRICK GORENA,**

a Border Investigator for the Federal Motor Carrier Safety Administration of the United States Department of Transportation, did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of any article or commodity in commerce, by extortion, as that term is defined in Title 18 United States Code, Section 1951; that is, **PATRICK GORENA** attempted to take and obtain, and took and obtained property from Company A through Individuals A and B, with Company A's consent, under color of official right.

All in violation of Title 18, United States Code, Section 1951.

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

JENNIFER LOWERY
United States Attorney

*S Benman for*

Richard Hanes
Assistant United States Attorney

4

Southern District of Texas

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

_____
Lauren Castaldi
Trial Attorney, Public Integrity Section
U.S. Department of Justice